# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 5:97CR67-V** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | **TO DISMISS INDICTMENT** |
| **(2) ALEJANDRO MALDONADO** | ) | |
| _____ | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **ALEJANDRO MALDONADO** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

Signed: June 19, 2009

Richard L. Voorhees
United States District Judge